HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
ANETA FREEMAN, Managing Assistant City Attorney (SBN 196624)
**M. AARON NEISHLOS, Deputy City Attorney (SBN 338942)**
aaron.neishlos@lacity.org
City Hall East, 7th Floor
200 North Main Street
Los Angeles, California 90012
Tel.: (213) 978-1792
Fax: (213) 978-8216

Attorneys for Defendants, CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDY ESCOBAR, in individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal corporation; MAYOR KAREN BASS, an individual in her official and individual capacity; and DOES 1 through 10,<br><br>Defendant. | Case No.: 2:26-cv-04768-DMG (ASx)<br><br>Complaint Filed: May 2, 2026<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: May 29, 2026<br>Current response date: June 22, 2026<br>New response date: July 21, 2026 |

Plaintiff Freddy Escobar ("Plaintiff") and Defendant City of Los Angeles and Mayor Karen Bass ("Defendants"), by and through respective counsel of record, stipulate and agree to extend the time for Defendant to respond to Plaintiff's Complaint [Dkt No. 1] as follows:

1.     On May 29, 2026, Plaintiff served her Summons and Complaint on Defendant.

2.     On June 10, 2026, Defendant's counsel reached out to Plaintiff to discuss the case and request additional time to review the Complaint and prepare a response. The Parties exchanged correspondence and Plaintiff agreed to stipulate to a 30-day extension for the City's responsive pleading deadline.

3.     In order to allow the Parties additional time to discuss and confer about the Complaint, the Parties hereby stipulate and agree to a thirty-day extension of time for Defendant to respond to Plaintiffs' Complaint, through and including July 21, 2026.

4.     There have not been any prior requests for extensions submitted to the Court by any party.

IT IS SO STIPULATED.

Dated: June 12, 2026      Respectfully submitted,

HYDEE FELDSTEIN SOTO, City Attorney
DENISE MILLS, Chief Deputy City Attorney
KATHLEEN KENEALY, Chief Assistant City Attorney
ANETA FREEMAN, Managing Assistant City Attorney
**M. AARON NEISHLOS, Deputy City Attorney**

By:     _____*Aaron Neishlos*_____
**M. AARON NEISHLOS**
Deputy City Attorney
Attorneys for Defendant City of Los Angeles

Dated: June 12, 2026      By:     _____*/S/ Delia Ibarra*_____
**DELIA IBARRA**
Counsel for Plaintiff

1

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)